UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT BARNHARD )<br>    Individually and as an Officer of )<br>    IBJ Whitehall Retail Finance, )<br>)<br>MIZUHO CORPORATE BANK )<br>    (USA), also known as IBJ )<br>    Whitehall Bank & Trust )<br>    Company, )<br>)<br>IBJTC BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Business )<br>    Credit Corp.& IBJ Whitehall )<br>    Retail Finance )<br>)<br>WEBSTER BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Retail )<br>    Finance )<br>             Defendants )<br>) | **CIVIL ACTION NO.**<br><br>04 11990 JLT<br><br>MAGISTRATE JUDGE _____<br><br>RECEIPT # 58695<br>AMOUNT $ 150<br>SUMMONS ISSUED _____<br>LOCAL RULE 4.1 _____<br>WAIVER FORM _____<br>MCF ISSUED _____<br>BY DPTY. CLK. _____<br>DATE 9-15-04 |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT defendants, Robert Barnhard, Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation, and Webster Business Credit Corporation ("defendants") hereby remove Civil Action No. 04-01333 filed in the Superior Court of the Commonwealth of Massachusetts, Norfolk County (the "State Court Action") to the United

-1-

States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1441 and §1446, as amended and, in accordance with 28 U.S.C.§1331 on the following grounds:

1. On or about August 16, 2004, plaintiff, Michelle Woodbury ("Woodbury") filed an action against defendants Robert Barnhard, Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation, and Webster Business Credit Corporation in the Superior Court of the Commonwealth of Massachusetts, Norfolk County, Civil Action No. 04-01333.

2. In the State Court Action, Woodbury alleges that defendants unlawfully subjected her to sexual harassment and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-2(a)(Counts II and IV), and G.L. c. 151B. Woodbury also asserts various claims under Massachusetts law.

3. Plaintiff served the defendant Barnhard with a copy of the Summons and Amended Complaint in the State Court Action on or about August 27, 2004. None of the other defendants were served prior to that date.

4. Accordingly, this Notice of Removal is filed and served within thirty (30) days of defendants' receipt of service of process.

5. Subject matter jurisdiction exists in this civil matter pursuant to 28 U.S.C. §1331, which provides for original jurisdiction of all civil actions arising under the laws of the United States. Woodbury's claims under Title VII plainly arise under federal law. *See Shepard v. Egan*, 767 F.Supp. 1158, 1161 (D. Mass. 1990) ("Under the removal statutes, defendants may choose the federal or state forum where the complaint states a federal cause of action on its face); *Bally v. National Collegiate Athletic Ass'n.*, 707 F. Supp. 57 (D. Mass.1988) ("it is beyond dispute that a case arises under federal law where federal law creates the cause of action or the

remedy.")

6.     Pursuant to 28 U.S.C. §1446(d), plaintiff is being provided with written notice of the filing of this Notice of Removal as evidenced by the attached certificate of service.

7.     Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be filed today with the Clerk of the Superior Court, Norfolk County.

8.     Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and orders served upon defendants are attached hereto.  Pursuant to Loc. R. 81.1, defendants will file, within thirty (30) days after filing this Notice of Removal, certified or attested copies of all records and proceedings in the State Court Action and a certified or attested copy of all docket entries in the State Court Action.

9.     All defendants have authorized the undersigned attorney to represent them for the purpose of removing this action to this Court.

WHEREFORE, defendants respectfully request that this Court take this action from the Superior Court of the Commonwealth of Massachusetts, Norfolk County, to the United States District Court for the District of Massachusetts.

                                        Defendants
                                        By their attorney,

                                        /s/ Howard M. Brown
                                        HOWARD M. BROWN
                                        BBO #547948
                                        Bartlett Hackett Feinberg P.C.
                                        10 High Street- Suite 920
                                        Boston, MA 02110
DATED: September 14, 2004               Tel. (617) 422-0200

-3-

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:-
(TORT)- MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 04 01333

Michelle Woodbury ............................ Plaintiff(s)

v.

Robert Barnhard ............................ Defendant(s)
Mizuho Corporate Bank, IBJTC Business Credit
Corporation, & Webster Business Credit Corporation,
et al

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon  James Boudreau, plaintiff's attorney, whose address is 20 Park Plaza, Suite 905, Boston, MA 02116 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, Esquire, at Norfolk County the 24th day of August, in the year of our Lord two thousand and 2004.

......................... Clerk.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

# JAMES H. BUDREAU
## ATTORNEY AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

www.federal-lawyers.com

OTERI, WEINBERG & LAWSON
OF COUNSEL

August 18, 2004

Dedham Superior Court
Civil Clerk's Office
650 High Street
Dedham, MA 02026

Re: <u>Woodbury v. Barnhard, et al</u>,
    CA# 04-01333

Dear Mr. Clerk:

Please find enclosed Plaintiff's First Amended Complaint for filing in the above referenced case. Would you be kind enough to date stamp the enclosed extra front page and return it to my office using the self-addressed stamped envelope.

Thank you.

Sincerely,

James Budreau

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                                           NORFOLK COUNTY SUPERIOR
                                                       COURT: CA# 04-01333

| | |
|---|---|
| MICHELLE WOODBURY<br>    Plaintiff<br><br>v.<br><br>ROBERT BARNHARD<br>    Individually and as an Officer of<br>    IBJ Whitehall Retail Finance,<br><br>&<br><br>MIZUHO CORPORATE BANK (USA),<br>    also known as IBJ Whitehall Bank<br>    & Trust Company,<br><br>&<br><br>IBJTC BUSINESS CREDIT<br>    CORPORATION, also known as<br>    IBJ Whitehall Business Credit Corp.<br>    & IBJ Whitehall Retail Finance<br><br>&<br><br>WEBSTER BUSINESS CREDIT<br>    CORPORATION, also known as<br>    IBJ Whitehall Retail Finance<br><br>        Defendants | **FIRST AMENDED COMPLAINT**<br><br><br><br><br><br><br>RECEIVED & FILED<br>CLERK OF THE COURTS<br>NORFOLK COUNTY<br>8/19/04 |

## INTRODUCTION

Plaintiff Michelle Woodbury files this complaint against defendant Robert Barnhard and defendants IBJTC Business Credit Corporation and its parent company, Mizuho Corporate Bank (USA) both with principal places of business in New York, New York. Defendant Mizuho Corporate Bank(USA) is a successor by merger to The Industrial Bank of Japan Trust Company which is a successor by merger to IBJ Whitehall Bank and Trust Company. IBJ Whitehall Bank

Commonwealth of Massachusetts
County of Norfolk
The Superior Court

CIVIL DOCKET # **NOCV2004-01333-A**

RE:   Woodbury v Barnhard individually et al

TO: James H Budreau, Esquire
Oteri Weinberg & Lawson
20 Park Plaza
Statler Building Suite 905
Boston, MA 02116

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 11/14/2004 |
| Response to the complaint filed (also see MRCP 12) | 01/13/2005 |
| All motions under MRCP 12, 19, and 20 filed | 01/13/2005 |
| All motions under MRCP 15 filed | 11/09/2005 |
| All discovery requests and depositions completed | 10/05/2006 |
| All motions under MRCP 56 served and heard | 12/04/2006 |
| Final pre-trial conference held and/or firm trial date set | 04/03/2007 |
| Case disposed | 08/16/2007 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "A" sitting in **CtRm 10 Norfolk Superior Court.**

Dated: 08/17/2004

Walter F. Timilty
Clerk of the Court

BY:
Assistant Clerk

Location: CtRm 10
Telephone: (781) 326-1600

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04 01333 | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

PLAINTIFF(S) Michelle Woodbury

DEFENDANT(S) Robert Barnhard, Mizuho Corporate Bank, IBJTC Business Credit Corporation, Webster Business Credit Corporation

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
James Bourcau
20 Park Plaza Suite 905
Boston MA 02116   (617) 227-3700
Board of Bar Overseers number: 553391

ATTORNEY (if known) Harold Brown, Michael Gordon

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

CODE NO. B22, B15, B04
TYPE OF ACTION (specify): Employment Discrim, Defamation, Negligence
TRACK: (F)
IS THIS A JURY CASE? (X) Yes  ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................... $ .........
2. Total Doctor expenses .................................................... $ .........
3. Total chiropractic expenses ............................................. $ .........
4. Total physical therapy expenses ..................................... $ .........
5. Total other expenses (describe) ...................................... $ .........
   Subtotal $ 100,000
B. Documented lost wages and compensation to date ........... $ 100,000
C. Documented property damages to date .............................. $ .........
D. Reasonably anticipated future medical and hospital expenses ... $ 100,000
E. Reasonably anticipated lost wages ....................................... $ 100,000
F. Other documented items of damages (describe) lost benefits, emotional distress, loss of reputation, etc, punitive damages, $ unknown but $100,000 minimum
G. Brief description of plaintiff's injury, including nature and extent of injury (describe) attorney fees, etc $ ......

Plaintiff was subjected to ongoing sexual harassment & hostile work envir. for 1 1/2 years, defamed and then illegally terminated in retaliation all in violation of state & federal statutes and common law. Employer also negligently supervised & retained Mr. Barnhard.

TOTAL $ 300,000 + plus attorney fees, punitive damages

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ .........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record /s/ Jim Bourcau   DATE: 8/16/04

AOTC-6 mtc005-11/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT BARNHARD )<br>    Individually and as an Officer of )<br>    IBJ Whitehall Retail Finance, )<br>)<br>MIZUHO CORPORATE BANK )<br>    (USA), also known as IBJ )<br>    Whitehall Bank & Trust )<br>    Company, )<br>)<br>IBJTC BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Business )<br>    Credit Corp.& IBJ Whitehall )<br>    Retail Finance )<br>)<br>WEBSTER BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Retail )<br>    Finance )<br>               Defendants )<br>) | **CIVIL ACTION NO.** |

## CERTIFICATE OF SERVICE

I, Howard M. Brown, hereby certify that on September 15, 2004, I served a copy of the within Notice of Removal by first class mail, postage prepaid, on counsel to Plaintiff, James H. Budreau, Esq., 20 Park Plaza, Suite 905, Boston, MA 02116

_____
Howard M. Brown