UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT BARNHARD )<br>    Individually and as an Officer of )<br>    IBJ Whitehall Retail Finance, )<br>)<br>MIZUHO CORPORATE BANK )<br>    (USA), also known as IBJ )<br>    Whitehall Bank & Trust )<br>    Company, )<br>)<br>IBJTC BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Business )<br>    Credit Corp.& IBJ Whitehall )<br>    Retail Finance )<br>)<br>WEBSTER BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Retail )<br>    Finance )<br>             Defendants ) | CIVIL ACTION NO. 04-11990-JLT |

ASSENTED-TO MOTION TO EXTEND TIME

Defendants, Robert Barnhard, Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation, and Webster Business Credit Corporation ("defendants") hereby move the court, with the assent of Plaintiff Michelle Woodbury, to extend the time for the defendants to file an answer, motion or

-1-

responsive pleading up to and including October 12, 2004. As grounds, defendants state that additional time is required for them to review the First Amended Complaint and prepare the appropriate pleadings. Defendants hereby waive and agree not to assert a defense based on insufficiency of service of process, while expressly reserving their right to assert the defense of lack of personal jurisdiction.

                Defendants
                By their attorney,

/s_____
HOWARD M. BROWN
BBO #547948
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
DATED: September 17, 2004        Tel. (617) 422-0200

ASSENTED-TO
Plaintiff Michelle Woodbury
By her counsel,

/s_____
James H. Budreau
BBO # 553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700