**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2004 SEP 24 P 1:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHELLE WOODBURY

v.

ROBERT BARNHARD
Individually and as an Officer of
IBJ Whitehall Retail Finance,

&

MIZUHO CORPORATE BANK (USA),
also known as IBJ Whitehall Bank
& Trust Company,

&

IBJTC BUSINESS CREDIT
CORPORATION, also known as
IBJ Whitehall Business Credit Corp.
& IBJ Whitehall Retail Finance

&

WEBSTER BUSINESS CREDIT
CORPORATION, also known as
IBJ Whitehall Retail Finance

Defendants

CIVIL ACTION NO. 04-11990-JLT

AFFIDAVIT OF PROOF OF SERVICE

I, James Budreau, do aver that:

1. I represent the plaintiff in the above captioned case.

2. On August 27, 2004 I served by U.S. mail return receipt, the following defendants at their last known corporate addresses:

A. MIZUHO CORPORATE BANK (USA),also known as IBJ Whitehall Bank & Trust Company,

B. IBJTC BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Business Credit Corp. & IBJ Whitehall Retail Finance

3. I am attaching a copy of the summons and the return receipt for each defendant.

Signed under pains and penalties of perjury,

JAMES BUDREAU

8/30 Emily Eubanks, M

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:- TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 04 01333

Michelle Woodbury, Plaintiff(s)

v.

Robert Barnhard, Webster Business Credit Corporation, Mizuho Corporate Bank & IBJTC Business Credit Corporation, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon James Bureau, plaintiff's attorney, whose address is 20 Park Plaza, Suite 905 Boston, MA 02116, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at Norfolk County the 24th day of August, in the year of our Lord two thousand and 2004.

Walter F. Timilty Clerk.

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

# THE COMMONWEALTH OF MASSACHUSETTS

**OFFICER'S RETURN:** **NORFOLK** SS. **BRAINTREE, MASS.** **August 30, 2004**

I THIS DAY, CERTIFY AND RETURN THAT I HAVE SERVED THE WITHIN

**SUMMONS AND COMPLAINT**

UPON THE WITHIN-NAMED **WEBSTER BUSINESS CREDIT CORPORATION**

BY HANDING TRUE AND ATTESTED COPIES THEREOF TO

**MS. EMILY EUBANKS**

ITS **RECEPTIONIST** AND DULY AUTHORIZED AGENT.

SAID SERVICE WAS MADE AT

**45 BRAINTREE HILL OFFICE PARK, BRAINTREE**, MASSACHUSETTS.

**FEE:** **60.00**

~~Constable and~~
**Court Appointed Process Server**

**ALSO SERVED:**

***SERVICE FEE: $35**
**MOTION FEE: $25**

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:- TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 04 01333

Michelle Woodbury, *Plaintiff(s)*

v.

Robert Barnhardt, *Defendant(s)*
Mizuho Corporate Bank, IBJTC Business Credit Corporation, & Webster Business Credit Corporation, et al

**SUMMONS**

To the above-named Defendant:

You are hereby summoned and required to serve upon James Budreau, plaintiff's attorney, whose address is 20 Park Plaza, Suite 905, Boston, MA 02116 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at Norfolk County the 24th day of August, in the year of our Lord two thousand and 2004

Walter F. Timilty *Clerk.*

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

# THE COMMONWEALTH OF MASSACHUSETTS

**OFFICER'S RETURN:** **SUFFOLK** SS. **BOSTON, MA.** **August 27, 2004**

I THIS DAY, CERTIFY AND RETURN THAT I HAVE SERVED THE WITHIN

**SUMMONS AND COMPLAINT**

UPON THE WITHIN-NAMED **ROBERT BARNHARD C/O HAROLD BROWN**

BY HANDING TRUE AND ATTESTED COPIES THEREOF TO

**MS. MICHELLE CALABLO, SECRETARY AND AGENT.**

SAID SERVICE WAS MADE AT

**10 HIGH STREET, SUITE 920, BOSTON** , **MASSACHUSETTS.**

**FEE:** **24.00**

~~Constable and~~
**Court Appointed Process Server**

**ALSO SERVED:**

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

**One Devonshire Place**
**Boston, MA 02109**

**Telephone # (617) 720-5733**
**Fax # (617) 720-5737**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President / Managing Agent
Mizuho Corporate Bank (USA)
1251 Avenue of the Americas
N.Y., N.Y. 10020
[illegible]

2. Arti

PS Fo

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (*Please Print Clearly*) C. Arroyo

B. Date of Delivery 8/30/04

C. Signature
X C. Arroyo
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

102595-00-M-0952

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:- TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 04-01333

Michelle Woodward, *Plaintiff(s)*

v.

Robert Barnhard, Mizuho Corporate Bank (USA) IBJTC Business Credit Corporation, and Webster Business Credit Corporation, *Defendant(s)*

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon James Bureau, plaintiff's attorney, whose address is 20 Park Plaza, Suite 905 Boston, MA 02116, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at Dedham MA the 27th day of August, in the year of our Lord two thousand and 2004

Walter F. Timilty Clerk.

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-38

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ........8/27........................, 2004, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5): Return Receipt Requested US Mail, 1st Class.

President or Managing Agent
Mizuho Corporate Bank (USA)
1251 Avenue of the Americas
NY, NY 10020
ATT: Chief Legal Counsel

Dated: 8/27, 2004 ........................................................

**N. B. TO PROCESS SERVER:-**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| 8/27, 20 04 |
|---|

**COMMONWEALTH OF MASSACHUSETTS**

**NORFOLK, ss.**

**SUPERIOR COURT**
**CIVIL ACTION**

**NO.** 04-01333

Michelle Wood Kurtz ........, **Plaintiff**

**v.**

Mizuho Corporate Bank (USA), **Defendant**
a/k/a [illegible] Bank and Trust Company

**SUMMONS**

**(Mass. R. Civ. P.4)**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President / Managing Agent
IBJTC Business Credit
Corporation
1251 Avenue of the Americas
NY, NY

2.

PS

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)* C. Arroyo

B. Date of Delivery 8/30/04

C. Signature

X [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

102595-00-M-0952

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:- TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

Michelle Woodbury, *Plaintiff(s)*

v.

Robert Barnhard, Mizuho Corporate Bank (USA) IBJTC Business Credit Corp., *Defendant(s)* & Webster Business Credit Corporation

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon James Bureau, plaintiff's attorney, whose address is 20 Park Plaza, Suite 905 Boston, MA 02116, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DELVECCHIO, *Esquire*, at Dedham, MA the 27th day of August, in the year of our Lord two thousand and 2004

Walter F. Timilty *Clerk.*

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

F-33

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on 8/27, 2004, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5): Return Receipt, First Class Mail, U.S. Post

President or Managing Agent
I BJTC Business Credit Corporation
1251 Avenue of The Americas
N.Y. N.Y. 10020
Attention Chief Legal Officer - Angel Aldonna

Dated: 8/27, 2004

N. B. **TO PROCESS SERVER:-**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| 8/27/04, 20 . |
|---|

**COMMONWEALTH OF MASSACHUSETTS**

**NORFOLK, ss.** **SUPERIOR COURT CIVIL ACTION**

**NO.** 04-01333

Michelle Woolburt ........, ***Plaintiff***

**v.**

I BJTC Business Credit Corporation a/k/a I BJ Whitehall Business Credit Corp., a/k/a IBJ Whitehall Retail Finance ........, ***Defendant***

**SUMMONS**

**(Mass. R. Civ. P.4)**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 24 P 1:15

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHELLE WOODBURY

v.

ROBERT BARNHARD
Individually and as an Officer of
IBJ Whitehall Retail Finance,

&

MIZUHO CORPORATE BANK (USA),
also known as IBJ Whitehall Bank
& Trust Company,

&

IBJTC BUSINESS CREDIT
CORPORATION, also known as
IBJ Whitehall Business Credit Corp.
& IBJ Whitehall Retail Finance

&

WEBSTER BUSINESS CREDIT
CORPORATION, also known as
IBJ Whitehall Retail Finance

Defendants

CIVIL ACTION NO.: 04-11990-JLT

CERTIFICATE OF SERVICE

I, James Budreau, do certify that all the Proof of Service Affiavit and attached documents have been served on all opposing parties or their counsel in the above captioned matter on this 24th day of September 2004 by U.S. mail, first class.

Signed under pains and penalties of perjury,

JAMES BUDREAU