UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>ROBERT BARNHARD, Individually and as an Officer of IBJ Whitehall Retail Finance, MIZUHO CORPORATE BANK (USA), also known as IBJ Whitehall Bank & Trust Company, IBJTC BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Business Credit Corp. & IBJ Whitehall Retail Finance, WEBSTER BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Retail Finance,<br><br>　　　　　　　　Defendants. | Civil Action No. 04 11990 JLT |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, Defendant Robert Barnhard, by his counsel, Howard M. Brown, respectfully moves for the admission pro hac vice of Michael M. Gordon of the law firm of Cadwalader, Wickersham & Taft LLP to appear in this matter as counsel to Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation, and Webster Business Credit Corporation.  In support of this Motion, attached as Exhibit A is Mr. Gordon's certification that he is eligible for admission *pro hac vice*.

Dated:    October 12, 2004

　　　　　　　　　　　　　　　　　　　ROBERT BARNHARD
　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　/s/ Howard M. Brown
　　　　　　　　　　　　　　　　　　　Howard M. Brown
　　　　　　　　　　　　　　　　　　　BBO #547948
　　　　　　　　　　　　　　　　　　　Bartlett Hackett Feinberg P.C.
　　　　　　　　　　　　　　　　　　　10 High Street, Suite 920
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Tel. (617) 422-0200