UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY,<br><br>                    Plaintiff,<br><br>-against-<br><br>ROBERT BARNHARD, Individually and as an Officer of IBJ Whitehall Retail Finance, MIZUHO CORPORATE BANK (USA), also known as IBJ Whitehall Bank & Trust Company, IBJTC BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Business Credit Corp. & IBJ Whitehall Retail Finance, WEBSTER BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Retail Finance,<br><br>                    Defendants. | Civil Action No. 04 11990 JLT |

**CERTIFICATE OF MICHAEL M. GORDON IN
SUPPORT OF MOTION PURSUANT TO LOCAL RULE 83.5.3**

I, Michael M. Gordon, hereby certify that:

1.       My office address, telephone number, fax number and e-mail address are as follows:

>    Cadwalader, Wickersham & Taft LLP
>    100 Maiden Lane
>    New York, New York 10038
>    Tel. No.: (212) 504-6397 or 6000
>    Fax No.: (212) 504-6533 or 6666
>    E-mail Address:  Michael.Gordon@cwt.com

2.       I am a member of the Bar of the State of New York and of the Bar of the District of Columbia Court of Appeals (inactive status), and am also a member of the Bar of the United States District Courts for the Southern District of New York, the Eastern District of New York, the Northern District of New York, the Northern District of Texas and the Eastern District

-2-

of Texas. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify that the foregoing is true and correct under penalty of perjury this 11th of October, 2004.

WHEREFORE, I respectfully request that I be admitted to represent defendants Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation and Webster Business Credit Corporation in the above-captioned action pursuant to Local Rule 83.5.3.

_____
Michael M. Gordon