UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE WOODBURY | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT BARNHARD | ) | CIVIL ACTION No. 04-11990-JLT |
| Individually and as an Officer of | ) | |
| IBJ Whitehall Retail Finance, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| MIZUHO CORPORATE BANK (USA), | ) | |
| also known as IBJ Whitehall Bank | ) | |
| & Trust Company, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| IBJTC BUSINESS CREDIT | ) | |
| CORPORATION,  also known as | ) | |
| IBJ Whitehall Business Credit Corp. | ) | |
| & IBJ Whitehall Retail Finance | ) | |
| | ) | |
| & | ) | |
| | ) | |
| WEBSTER BUSINESS CREDIT | ) | |
| CORPORATION, also known as | ) | |
| IBJ Whitehall Retail Finance | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now Comes Plaintiff Michelle Woodbury, who moves this
Court to continue the Scheduling Conference from December 7, 2004
to January 19, 2005.  In support of this Motion, Plaintiff states
the following:

1.  Counsel for the defendants do not object to this motion.

See Affidavit of James Budreau attached as Exhibit A.  All counsel are available on January 19, 2005 for a scheduling conference.  Exhibit A.

2.  Plaintiff's counsel is preparing for a state murder trial scheduled for November 15, 2004.  This case involves over 60 witnesses and counsel has been preparing almost full time since the middle of October.  This case is expected to continue on a full day schedule until early December. Exhibit A.

3.  A significant amount of discovery has already occurred in the instant civil action including interrogatories, numerous depositions.  Counsel does aver that more discovery is necessary before the case is ready for trial.  Plaintiff will not, however, be able to comply with the Court's Discovery Order or the requirements of the Notice of Scheduling Conference until after the trial in the state murder case is complete.  Exhibit A.

4.  The parties have already exchanged substantial amount of discovery materials to date. It will take some time and effort to assess what other discovery will be necessary to complete this case for trial readiness.

5.  Plaintiff, therefore, seeks relief from the Court's Scheduling Conference Notice and the Discovery Order dated November 3, 2004.

Wherefore, Plaintiff moves this Court to reset the date for the Scheduling conference from December 7, 2004 to January 19, 2005 and grant relief form the Discovery Order in accordance with

the new date.


                                     Respectfully submitted,
                                     BY HIS ATTORNEY,



                                      /S/JAMES BUDREAU
                                     JAMES H. BUDREAU, BAR#553391
                                     20 Park Plaza, Suite 905
                                     Boston, MA 02116
                                     (617) 227-3700


     I hereby certify that a true and correct copy of the
foregoing document was delivered electronically to counsel for
Robert Barnhard and Webster Business Credit and by U.S. Mail
first class to counsel for Mizuho Corporate Bank and IBJTC
Business Credit Corporation located at Cadwalader, Wickersham and
Taft, 100 Maiden Lane NY, NY 10038.



                                      /S/ JAMES BUDREAU
                                     James H. Budreau











                              **EXHIBIT A**

AFFIDAVIT OF JAMES BUDREAU


I, James Budreau, do depose that the following is true to the best of my knowledge:

1.  I represent the plaintiff Michelle Woodbury in the instant civil action.

2.  I have spoken to counsel for all parties in this case and they do not object to the requested continuance.

3.  I will be starting trial in <u>Commonwealth v. Marquis Nelson</u> 02-10866 (Suffolk County) before Judge Hinkle on November 15, 2004.  It is expected that this trial will last into early September on a full day schedule.  There are approximately 60 to 70 witnesses expected to testify.

4.  I have been preparing for this case on a full-time schedule since the middle of October.  The case is complicated and will continue to require my full-time focus to the end of the case.

Signed under pains and penalties of perjury,



/S/JAMES BUDREAU
James Budreau