UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ROBERT BARNHARD )<br>    Individually and as an Officer of )<br>    IBJ Whitehall Retail Finance, )<br> )<br>MIZUHO CORPORATE BANK )<br>    (USA), also known as IBJ )<br>    Whitehall Bank & Trust )<br>    Company, )<br> )<br>IBJTC BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Business )<br>    Credit Corp.& IBJ Whitehall )<br>    Retail Finance )<br> )<br>WEBSTER BUSINESS CREDIT )<br>    CORPORATION, also known )<br>    as IBJ Whitehall Retail )<br>    Finance )<br>               Defendants )<br> ) | CIVIL ACTION NO. 04-11990-JLT |

**PROPOSED PRETRIAL SCHEDULE**

    The undersigned parties having by their counsel conferred pursuant to Fed. R. Civ. P. 26 (f) and United States District Court Local Rule 16.1 hereby submit the following proposed pretrial schedule to the Court and request that the Court enter an order adopting the schedule.

    1.    All discovery including expert discovery be completed by September 1, 2005;

2. All dispositive motions shall be filed by October 31, 2005; and,

3. Pre-trial conference shall be scheduled for December 30, 2005 or as soon thereafter as the Court's schedule permits.

The parties shall file separate certifications regarding alternative dispute resolution pursuant to Local Rule 16.1(D)(3).

Plaintiff Michelle Woodbury
By her counsel,


/s/James H. Budreau
James H. Budreau
BBO # 553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

Dated: January 7, 2005

| Defendant | Defendants |
|---|---|
| Robert Barnhard | Mizuho Corporate Bank (USA) et al. |
| By his counsel, | By their counsel, |
| | |
| /s/Howard M. Brown | /s/Michael M. Gordon |
| Howard M. Brown (BBO #547948) | Michael M. Gordon |
| Bartlett Hackett Feinberg P.C. | Cadwalader, Wickersham & Taft LLP |
| 10 High Street, Suite 920 | 100 Maiden Lane |
| Boston, MA 02110 | New York, NY 10038 |
| (617) 422-0200 | (212) 504-6397 |
| | |
| Dated: January 7, 2005 | Dated: January 7, 2005 |