UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY<br>    Plaintiff,<br><br>v.<br><br>ROBERT BARNHARD<br>    Individually and as an Officer of<br>    IBJ Whitehall Retail Finance,<br><br>MIZUHO CORPORATE BANK<br>    (USA), also known as IBJ<br>    Whitehall Bank & Trust<br>    Company,<br><br>IBJTC BUSINESS CREDIT<br>    CORPORATION, also known<br>    as IBJ Whitehall Business<br>    Credit Corp.& IBJ Whitehall<br>    Retail Finance<br><br>WEBSTER BUSINESS CREDIT<br>    CORPORATION, also known<br>    as IBJ Whitehall Retail<br>    Finance<br>             Defendants | CIVIL ACTION NO. 04-11990-JLT |

Certification Pursuant to Local Rule 16.1(D)(3)

The undersigned hereby certify that Defendant Barnhard and his counsel have conferred: (1) with a view to establishing a budget for the costs of conducting the full course –and various alternate courses- of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolutions such as those outlined in Local Rule 16.4.

-1-

_____  
Robert Barnhard

Dated: January 13, 2005

_____  
Howard M. Brown, Esq.  
BBO #547948  
Bartlett Hackett Feinberg P.C.  
10 High Street, Suite 920  
Boston, MA 02110  
(617) 422-0200