UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY,<br><br>       Plaintiff,<br><br>-against-<br><br>ROBERT BARNHARD, Individually and as an Officer of IBJ Whitehall Retail Finance, MIZUHO CORPORATE BANK (USA), also known as IBJ Whitehall Bank & Trust Company, IBJTC BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Business Credit Corp. & IBJ Whitehall Retail Finance, WEBSTER BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Retail Finance,<br><br>       Defendants. | Civil Action No. 04 11990 JLT |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

  Please take notice that the name of our Firm is Cadwalader, Wickersham & Taft LLP.

  Please take further notice that effective January 18, 2005, Cadwalader, Wickersham & Taft LLP, Counsel pro hac vice for Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation and Webster Business Credit Corporation in the above-captioned matter, has changed its address to:

  Cadwalader, Wickersham & Taft LLP
  One World Financial Center
  New York, New York 10281

  The Firm's telephone number (212-504-6000) and fax number (212-504-6666) will not change.

Dated: New York, New York
     January 13, 2005

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Michael M. Gordon (MG8336)
One World Financial Center
New York, New York 10281
(212) 504-6000
Counsel <u>pro</u> <u>hac</u> <u>vice</u> for Mizuho Corporate Bank
  (USA), IBJTC Business Credit Corporation and
  Webster Business Credit Corporation

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

LINDA RICCI, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Parlin, New Jersey.

2. On January 13, 2005, I served the annexed Notice of Change of Firm Name and Address on:

> Howard M. Brown
> Bartlett Hackett Feinberg, P.C.
> 10 High Street, Suite 920
> Boston, Massachusetts 02110
>
> James H. Budreau
> The Statler Building
> 20 Park Plaza, Suite 905
> Boston, Massachusetts 02116

attorneys in the action at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Linda Ricci

Sworn to before me this
___ day of January, 2005.

_____
Notary Public

B. CONSUELA STEPHENS
Notary Public, State of New York
No. 41-4615436
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 31, 2005