UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE WOODBURY | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT BARNHARD | ) | CIVIL ACTION No. 04-11990-JLT |
| Individually and as an Officer of | ) | |
| IBJ Whitehall Retail Finance, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| MIZUHO CORPORATE BANK (USA), | ) | |
| also known as IBJ Whitehall Bank | ) | |
| & Trust Company, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| IBJTC BUSINESS CREDIT | ) | |
| CORPORATION,  also known as | ) | |
| IBJ Whitehall Business Credit Corp. | ) | |
| & IBJ Whitehall Retail Finance | ) | |
| | ) | |
| & | ) | |
| | ) | |
| WEBSTER BUSINESS CREDIT | ) | |
| CORPORATION, also known as | ) | |
| IBJ Whitehall Retail Finance | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE  16.1(D)(3)**

Plaintiff hereby certifies that Michelle Woodbury and her counsel have conferred (1)

with a view to establishing a budget for the costs of conducting full course and alternative forms

of litigation; and (2) to consider the resolution of the litigation through alternative forms of

dispute resolution as outlined in Local Rule 16.4.   Counsel has also conferred with attorneys for

the defendants about the same.

Respectfully submitted,
BY MICHELLE WOODBURY'S ATTORNEY,

 /s/ James Budreau
JAMES H. BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700