UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MICHELLE WOODBURY,

                Plaintiff,

-against-

ROBERT BARNHARD, Individually and as an Officer of IBJ Whitehall Retail Finance, MIZUHO CORPORATE BANK (USA), also known as IBJ Whitehall Bank & Trust Company, IBJTC BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Business Credit Corp. & IBJ Whitehall Retail Finance, WEBSTER BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Retail Finance,

                Defendants.

Civil Action No. 04 11990 JLT

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned hereby certify that defendants Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation and Webster Business Credit Corporation and their counsel have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolutions such as those outlined in Local Rule 16.4.

Dated:    January 13, 2005

NYLIB2 247170.1

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
    Michael M. Gordon (MG8336)
One World Financial Center
New York, New York 10281
(212) 504-6000
Counsel pro hac vice for Mizuho Corporate Bank
  (USA), IBJTC Business Credit Corporation and
  Webster Business Credit Corporation


Mizuho Corporate Bank (USA)

By: _____
    Michisuke ARAKI

IBJTC Business Credit Corporation

By: _____
    Hirofumi Sugano

Webster Business Credit Corporation

By: _____

-2-

-2-

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ Michael M. Gordon
Michael M. Gordon (MG8336)
One World Financial Center
New York, New York 10281
(212) 504-6000
Counsel pro hac vice for Mizuho Corporate Bank
  (USA), IBJTC Business Credit Corporation and
  Webster Business Credit Corporation


Mizuho Corporate Bank (USA)


By: _____


IBJTC Business Credit Corporation


By: _____


Webster Business Credit Corporation

By: /s/
Craig Thraler
Senior Vice President

-2-