UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE WOODBURY | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-11990-JLT |
| v. | * | |
| | * | |
| ROBERT BARNHARD, Individually and as an | * | |
| Officer of IBJ Whitehall Retail Finance, MIZUHO | * | |
| CORPORATE BANK (USA), also known as IBJ | * | |
| Whitehall Bank & Trust Company, IBJTC | * | |
| BUSINESS CREDIT CORPORATION, also | * | |
| known as IBJ Whitehall Business Credit Corp. | * | |
| & IBJ Whitehall Retail Finance, WEBSTER | * | |
| BUSINESS CREDIT CORPORATION, also | * | |
| known as IBJ Whitehall Retail Finance, | * | |
| | * | |
| Defendants. | * | |

ORDER

February 2, 2005

TAURO, J.

After the Scheduling Conference held on February 1, 2005, this court hereby orders that:

1. Plaintiff may depose (1) Edward Fanning, (2) Gary Hewitt, (3) Craig Thaler, (4) Kevin Chamberlain, and (5) Fed. R. Civ. P. 30(b)(6) designees of defendant corporations concerning compensation and contact issues discussed in open court;

2. Defendants may depose (1) Michelle Woodbury, (2) Priscilla Hyland, (3) Joseph Savino, (4) Lisa identified in M. Woodbury's dep. at 76-77, (5) Heidi Voss, (6) Representatives of Plaintiff's former employers, and (7) Paul Knueven;

3. No additional discovery will be permitted without leave of this court;

4. The Parties shall complete discovery by September 1, 2005; and

5. A Further Conference is scheduled for September 6, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                               United States District Judge

Case 1:04-cv-11990-JLT    Document 17    Filed 02/02/2005    Page 2 of 2