UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY,<br><br>       Plaintiff,<br><br>-against-<br><br>ROBERT BARNHARD, Individually and as an Officer of IBJ Whitehall Retail Finance, MIZUHO CORPORATE BANK (USA), also known as IBJ Whitehall Bank & Trust Company, IBJTC BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Business Credit Corp. & IBJ Whitehall Retail Finance, WEBSTER BUSINESS CREDIT CORPORATION, also known as IBJ Whitehall Retail Finance,<br><br>       Defendants. | Civil Action No. 04 11990 JLT |

## NOTICE OF CHANGE OF ADDRESS

   Please take notice that effective March 1, 2005, Michael M. Gordon, Esq., counsel pro hac vice for defendants Mizuho Corporate Bank (USA), IBJTC Business Credit Corporation and Webster Business Credit Corporation in the above-captioned action, became a member of King & Spalding LLP. Accordingly, all pleadings, papers and motions in the action should be served upon Mr. Gordon at King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036.

Dated: New York, New York
     March 1, 2005

-2-

      /s/ Michael M. Gordon
Michael M. Gordon
Counsel pro hac vice for
  Defendants Mizuho Corporate Bank
  (USA), IBJTC Business Credit Corporation and
  Webster Business Credit Corporation
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100