UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE WOODBURY )     Plaintiff ) ) | | |
| v. ) ) | | |
| ROBERT BARNHARD )     Individually and as an Officer of )     IBJ Whitehall Retail Finance, ) ) | CIVIL ACTION No. 04-11990-JLT | |
| & ) ) | | |
| MIZUHO CORPORATE BANK (USA), )     also known as IBJ Whitehall Bank )     & Trust Company, ) ) | | |
| & ) ) | | |
| IBJTC BUSINESS CREDIT )     CORPORATION, also known as )     IBJ Whitehall Business Credit Corp. )     & IBJ Whitehall Retail Finance ) ) | | |
| & ) ) | | |
| WEBSTER BUSINESS CREDIT )     CORPORATION, also known as )     IBJ Whitehall Retail Finance ) ) |     Defendants ) | | |

**MOTION TO EXTEND DISCOVERY DEADLINE AND**
**CONTINUE PRE-TRIAL CONFERENCE**

Now Comes Plaintiff Michelle Woodbury, who moves this Court to continue the discovery deadline and Pre-Trial Conference September 6, 2005 to October 24, 2005.  In support of this Motion, Plaintiff states the following:

1. Counsel for the defendants do not object to this motion. See Affidavit of James Budreau attached as Exhibit A.

2. Plaintiff's counsel is a recent father (as of June 20, 2005). His spouse had been on bed rest and hospitalized for approximately 10 weeks and then gave birth prematurely. This has resulted in numerous medical issues and scheduling problems that have interrupted counsel's ability to complete discovery in this case.

3. Additionally, counsel for the Plaintiff prepared and tried a first degree murder case in April/May entitled Commonwealth v. Robinson. Subsequently, he has, in addition to his child care responsibilities and regular case load, filed a complicated federal criminal appeal in U.S. v. Coker, a state appeal in Commonwealth v. Phillipo and a federal habeas in a first degree murder case entitled John v Souza Baranowski Correctional Facility. Counsel will be preparing for a first degree murder trial in late August through late September entitled Commonwealth v. Ly. The case is scheduled for trial on September 26th and is likely to run two weeks on a full day schedule.

4. The parties have conducted or will have conducted many of the depositions listed in the status conference filing for dates before September 6, 2005. The ones outstanding primarily relate to out of state witnesses or fall into the category of 30(b)(6) depositions.

Wherefore, Plaintiff moves this Court to reset the date for the discovery deadlines and the Final Pre-trial Conference from September 6, 2005 to October 24, 2005 for the reasons stated above.

Respectfully submitted,
BY HIS ATTORNEY,


 /S/JAMES BUDREAU
JAMES H. BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

I hereby certify that a true and correct copy of the foregoing document was delivered electronically to counsel for Robert Barnhard and Webster Business Credit and by U.S. Mail first class to counsel for Mizuho Corporate Bank and IBJTC Business Credit Corporation located at King and Spaulding, 1185 Avenue of the Americas, NY, NY 10036 on this 15th day of August 2005.

 /S/ JAMES BUDREAU
James H. Budreau

**EXHIBIT A**

AFFIDAVIT OF JAMES BUDREAU

I, James Budreau, do depose that the following is true to the best of my knowledge:

1. I represent the plaintiff Michelle Woodbury in the instant civil action.

2. I have spoken to counsel for all parties in this case and they do not object to the requested continuance.

3. The facts in my Motion are true to the best of my knowledge.

Signed under pains and penalties of perjury,

                                              /S/JAMES BUDREAU
                                              James Budreau