UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Michelle Woodbury, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Robert Barnhard, et al, )<br>)<br>Defendant. ) | Case No. 04-CV-11990 |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, as of **Monday, September 19, 2005**, the address of Bartlett Hackett Feinberg P.C. ("BHF") and the undersigned, counsel for counsel for Robert Barnhard, will be **155 Federal Street, 9th Floor, Boston, MA 02110**. The telephone number, fax number and e-mail address will remain the same. Kindly update your records.

Dated: September 20, 2005

/s/ Howard M. Brown
Howard M. Brown (BBO #547948)
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel. (617) 422-0200
Fax. (617 422-0383