**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MICHELLE WOODBURY,**
   **Plaintiff,**

     **V**                  **CA 04-11990-JLT**

**ROBERT BARNHARD,**
   **Defendant.**

**SETTLEMENT ORDER OF DISMISSAL**

**TAURO, D.J.**

**The court having been advised on November 30, 2005 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.**

                                                      Zita Lovett
                                                     /s/
                                                     **_____**
                                                     **Deputy Clerk**

**November 30, 2005**