UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>ROBERT BARNHARD )<br>        Individually and as an Officer of )<br>        IBJ Whitehall Retail Finance, )<br> )<br>MIZUHO CORPORATE BANK )<br>        (USA), also known as IBJ )<br>        Whitehall Bank & Trust )<br>        Company, )<br> )<br>IBJTC BUSINESS CREDIT )<br>        CORPORATION, also known )<br>        as IBJ Whitehall Business )<br>        Credit Corp.& IBJ Whitehall )<br>        Retail Finance )<br> )<br>WEBSTER BUSINESS CREDIT )<br>        CORPORATION, also known )<br>        as IBJ Whitehall Retail )<br>        Finance )<br>                Defendants )<br> ) | CIVIL ACTION NO. 04-11990-JLT |

STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of the above-captioned action. Each party shall bear his or its own costs.  All rights of appeal are waived.

Plaintiff Michelle Woodbury
By her counsel,


/s/ James H. Budreau
James H. Budreau
BBO # 553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

Dated: November 28, 2005

| | |
|---|---|
| Defendant | Defendants |
| Robert Barnhard | Mizuho Corporate Bank (USA), |
| By his counsel, | IBJTC Business Credit Corporation, |
| | and Webster Business Credit Corporation |


/s/ Howard M. Brown              /s/ Michael M. Gordon
Howard M. Brown (BBO #547948)    Michael M. Gordon
Bartlett  Hackett Feinberg P.C.  King & Spalding LLP
155 Federal Street               1185 Avenue of the Americas
Boston, MA 02110                 New York, NY 10036
 (617) 422-0200                  (212) 556-2190

Dated: November 28, 2005         Dated: November 28, 2005


So ordered:

_____
United States District Judge