UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE WOODBURY<br>    Plaintiff,<br><br>v.<br><br>ROBERT BARNHARD<br>    Individually and as an Officer of<br>    IBJ Whitehall Retail Finance,<br><br>MIZUHO CORPORATE BANK<br>    (USA), also known as IBJ<br>    Whitehall Bank & Trust<br>    Company,<br><br>IBJTC BUSINESS CREDIT<br>    CORPORATION, also known<br>    as IBJ Whitehall Business<br>    Credit Corp.& IBJ Whitehall<br>    Retail Finance<br><br>WEBSTER BUSINESS CREDIT<br>    CORPORATION, also known<br>    as IBJ Whitehall Retail<br>    Finance<br>               Defendants | CIVIL ACTION NO. 04-11990-JLT |

STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER

    Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of the above-captioned action. Each party shall bear his or its own costs. All rights of appeal are waived.

-1-



Plaintiff Michelle Woodbury
By her counsel,


/s/ James H. Budreau
James H. Budreau
BBO # 553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

Dated: November 28, 2005

Defendant
Robert Barnhard
By his counsel,

Defendants
Mizuho Corporate Bank (USA),
IBJTC Business Credit Corporation,
and Webster Business Credit Corporation


/s/ Howard M. Brown
Howard M. Brown (BBO #547948)
Bartlett Hackett Feinberg P.C.
155 Federal Street
Boston, MA 02110
(617) 422-0200

/s/ Michael M. Gordon
Michael M. Gordon
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2190

Dated: November 28, 2005

Dated: November 28, 2005


So ordered:

_____
United States District Judge
12/15/05

-2-